Andre Verdun (SBN 265436)
**LAW OFFICE OF ANDRE L. VERDUN**
1777 N Ventura Ave
Ventura, CA 93001
Tel.6198800110
Fax.8668040051
service@verdunlaw.com

Attorney for Plaintiff,
Tran Thuy Le

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TRAN THUY LE, an individual,**<br><br>Plaintiff,<br>vs.<br><br>**THE TURNKEY FOUNDATION INC. doing business as ARBOR FINANCIAL GROUP; KIND LENDING LLC; and DOES 1 through 50, inclusive,**<br><br>Defendants. | Case No.: 3:26-cv-01570-JLS-VET<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: September 24, 2026<br>Time: 1:30 p.m.<br>Courtroom: 4D<br><br>Judge: Hon. Janis L. Sammartino |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 24, 2026, at 1:30 p.m., or as

THE LAW OFFICES OF: ANDRE L. VERDUN

soon thereafter as the matter may be heard, in Courtroom 4D of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, before the Honorable Janis L. Sammartino, Plaintiff Tran Thuy Le ("Plaintiff") will and hereby does move this Court for an order granting leave to file the Second Amended Complaint, a true and correct copy of which is attached as Exhibit A to the Declaration of Andre L. Verdun filed concurrently with this motion.

Plaintiff files the Second Amended Complaint concurrently with this motion as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B), within twenty-one days after service of the motion to dismiss filed by Defendant The Turnkey Foundation Inc. doing business as Arbor Financial Group on August 20, 2026 (ECF No. 11). This motion is made in the alternative, under Federal Rules of Civil Procedure 15(a)(2), 20(a), and 21, to the extent the Court concludes that leave is required for any part of the amendment, including the addition of Tory Le as a plaintiff and David E. Arvidson and Stacy Hunjadi as defendants.

The motion is made on the following grounds. First, the amendment responds directly to the two pending motions to dismiss (ECF Nos. 2 and 11): it withdraws the claims under the Real Estate Settlement Procedures Act and the Truth in Lending Act, repleads the Consumers Legal Remedies Act claim as a claim arising from the purchase of Arbor's origination and closing services, pleads negligence only in the alternative to the misrepresentation and fiduciary claims, and pleads the Unfair Competition Law claim on independent statutory predicates. Second, the amendment strengthens the claims with facts drawn from the loan file, including Arbor's own lender-completed loan application entries, its funding conditions, the executed loan documents, the escrow funding confirmation, and the written admissions of Arbor's loan officer and principal in October 2025, and adds the co-borrower and the two Arbor employees who made the representations as parties. Third, leave to amend is to be freely given

when justice so requires; no scheduling order has issued, no discovery has been taken, and no party will suffer prejudice; the amendment is sought in good faith and without undue delay; and the amendment is not futile. The accompanying Memorandum of Points and Authorities describes each change and its purpose with particularity.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Andre L. Verdun and Exhibit A thereto, the proposed order, the pleadings and papers on file in this action, and such further evidence and argument as the Court may consider at or before the hearing.

Dated: August 27, 2026

LAW OFFICE OF ANDRE L. VERDUN

By: /s/ Andre L. Verdun

Andre L. Verdun

Attorney for Plaintiff

Tran Thuy Le