Andre Verdun (SBN 265436)
**LAW OFFICE OF ANDRE L. VERDUN**
1777 N Ventura Ave
Ventura, CA 93001
Tel.6198800110
Fax.8668040051
service@verdunlaw.com

Attorney for Plaintiff,
Tran Thuy Le

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TRAN THUY LE, an individual,**<br><br>Plaintiff,<br>vs.<br><br>**THE TURNKEY FOUNDATION INC. doing business as ARBOR FINANCIAL GROUP; KIND LENDING LLC; and DOES 1 through 50, inclusive,**<br><br>Defendants. | Case No.: 3:26-cv-01570-JLS-VET<br><br>**DECLARATION OF ANDRE L. VERDUN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: September 24, 2026<br>Time: 1:30 p.m.<br>Courtroom: 4D<br><br>Judge: Hon. Janis L. Sammartino |

I, Andre L. Verdun, declare as follows:

THE LAW OFFICES OF: ANDRE L. VERDUN

1. I am an attorney duly licensed to practice before all courts of the State of California and before this Court, and I am the principal of the Law Office of Andre L. Verdun, counsel of record for Plaintiff Tran Thuy Le in this action. I have personal knowledge of each of the facts stated in this declaration, and if called as a witness, I could and would testify to them.

2. I make this declaration in support of Plaintiff's Motion for Leave to File Second Amended Complaint.

3. Plaintiff filed this action in the Superior Court of California, County of San Diego, on November 3, 2025, as Case No. 25CU060041C. After the thirty-day period under Civil Code section 1782 had run, and before any defendant had appeared, Plaintiff filed the First Amended Complaint in that court. Defendant Kind Lending LLC ("Kind") removed the action to this Court on March 12, 2026. (ECF No. 1.)

4. On March 19, 2026, Kind filed a motion to dismiss the First Amended Complaint under Rule 12(b)(6). (ECF No. 2.) On April 23, 2026, Plaintiff filed an opposition to that motion, which attached a proposed Second Amended Complaint and requested leave to amend under Rule 15(a)(2) if the Court dismissed any claim. (ECF No. 5.) On April 27, 2026, the Court vacated the May 7, 2026 hearing and took Kind's motion under submission. (ECF No. 6.) Kind filed its reply the same day. (ECF No. 7.) As of the date of this declaration, the Court has not ruled on Kind's motion.

5. On June 29, 2026, the Orange County Sheriff's Department personally delivered the state-court summons and the First Amended Complaint to David E. Arvidson, the registered agent for service of process and chief executive officer of Defendant The Turnkey Foundation Inc. doing business as Arbor Financial Group ("Arbor"). Plaintiff filed the proof of service on July 7, 2026. (ECF No. 8.)

6. On August 20, 2026, Arbor filed its Notice of Motion and Motion to Dismiss and/or Quash Service Pursuant to Fed. R. Civ. P. 12(b)(4), 12(b)(5) and 4(m); Alternative Motion to Dismiss Certain Claims Pursuant to Fed. R. Civ. P. 12(b)(6); Alternative Request for Relief Pursuant to Fed. R. Civ. P. 6(b)(1)(B). (ECF No. 11.) Arbor noticed that motion for hearing on September 24, 2026, at 1:30 p.m. in Courtroom 4D.

7. On August 21, 2026, Plaintiff filed an amended summons directed to Arbor on Form AO 440 so that Arbor can be served with federal process under 28 U.S.C. § 1448. (ECF No. 12.) Plaintiff will serve the summons, together with the Second Amended Complaint, on Arbor through its registered agent for service of process promptly after the Clerk issues it, and will file the proof of service.

8. The docket reflects no scheduling order under Rule 16(b), no Early Neutral Evaluation Conference, and no Case Management Conference. No party has served written discovery in this action, and no deposition has been taken.

9. After Plaintiff filed the opposition to Kind's motion in April 2026, my office obtained and reviewed Plaintiff's complete loan file for the transaction at issue, including the Uniform Residential Loan Applications and the lender-completed "Lender Loan Information" forms prepared by Arbor and dated July 31, 2025 and September 22, 2025; Arbor's funding conditions; the final Closing Disclosure and the general and specific closing instructions; the promissory note and deed of trust signed by Plaintiff and Tory Le; Kind's Lock Confirmation dated July 31, 2025; the escrow funding confirmation; and the emails exchanged between Arbor's personnel and Plaintiff's family between July 2025 and October 2025, including Stacy Hunjadi's email of October 1, 2025 and David E. Arvidson's email of October 6, 2025. The new factual allegations in the Second Amended Complaint are drawn from those documents.





THE LAW OFFICES OF: ANDRE L. VERDUN

10. Attached as Exhibit A is a true and correct copy of the Second Amended Complaint, which Plaintiff files concurrently with this motion as a matter of course under Rule 15(a)(1)(B). The Second Amended Complaint is complete in itself without reference to any prior pleading. The changes from the First Amended Complaint, each of which is described in the accompanying Memorandum of Points and Authorities, are these: (a) it adds Tory Le, who signed the promissory note, the deed of trust, and the Closing Disclosure as a co-borrower, as a plaintiff, and corrects the spelling of Plaintiff's name; (b) it adds David E. Arvidson and Stacy Hunjadi, the Arbor principal and loan officer who made the representations at issue, as defendants; (c) it pleads the facts drawn from the loan file described in paragraph 9; (d) it withdraws the claims under the Real Estate Settlement Procedures Act and the Truth in Lending Act; (e) it repleads the Consumers Legal Remedies Act claim on the theory that Plaintiffs purchased Arbor's origination, processing, underwriting, and closing services; (f) it pleads negligence only in the alternative and leads with negligent misrepresentation, intentional misrepresentation, constructive fraud, and breach of fiduciary duty; (g) it identifies the writings on which the contract claim rests and pleads the consumer purpose of the loan; (h) it adds a claim under the Equal Credit Opportunity Act, 15 U.S.C. § 1691(d), against Arbor and Kind; (i) it pleads the Unfair Competition Law claim on independent statutory predicates, including Financial Code section 22161, and withdraws the Business and Professions Code section 10240 theory; and (j) it restates the damages allegations as the cost of the substitute financing, the loss of use of the loan proceeds, and the expenses incurred in reliance on Arbor's representations.

11. This motion is noticed for hearing on September 24, 2026, at 1:30 p.m. in Courtroom 4D, the date and time on which Arbor's motion (ECF No. 11) is already set to be heard by this Court, so that both motions directed to the

THE LAW OFFICES OF ANDRE L. VERDUN

pleadings can be heard together.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2026, at Ventura, California.

/s/ Andre L. Verdun
Andre L. Verdun

THE LAW OFFICES OF: ANDRE L. VERDUN