Andre Verdun (SBN 265436)
**LAW OFFICE OF ANDRE L. VERDUN**
1777 N Ventura Ave
Ventura, CA 93001
Tel.6198800110
Fax.8668040051
service@verdunlaw.com

Attorney for Plaintiff,
Tran Thuy Le

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TRAN THUY LE, an individual,**<br><br>Plaintiff,<br>vs.<br><br>**THE TURNKEY FOUNDATION INC. doing business as ARBOR FINANCIAL GROUP; KIND LENDING LLC; and DOES 1 through 50, inclusive,**<br><br>Defendants. | Case No.: 3:26-cv-01570-JLS-VET<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Date: September 24, 2026<br>Time: 1:30 p.m.<br>Courtroom: 4D<br><br>Judge: Hon. Janis L. Sammartino |

Plaintiff Tran Thuy Le’s Motion for Leave to File Second Amended Complaint came on for hearing on September 24, 2026, at 1:30 p.m. in

Courtroom 4D. Having considered the motion, the memorandum of points and authorities, the Declaration of Andre L. Verdun and Exhibit A thereto, any opposition and reply, and the record, and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. To the extent the Second Amended Complaint was not effective when filed as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff is granted leave under Federal Rules of Civil Procedure 15(a)(2), 20(a), and 21 to file it in the form attached as Exhibit A to the Declaration of Andre L. Verdun, including the joinder of Tory Le as a plaintiff and David E. Arvidson and Stacy Hunjadi as defendants, and it is deemed filed as of the date of this Order.

3. The Second Amended Complaint is the operative pleading. Defendants The Turnkey Foundation Inc. doing business as Arbor Financial Group and Kind Lending LLC shall respond to the Second Amended Complaint within twenty-one (21) days after entry of this Order.

4. The motions to dismiss directed to the First Amended Complaint (ECF Nos. 2 and 11) are DENIED AS MOOT to the extent they seek dismissal under Rule 12(b)(6), without prejudice to any defense directed to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________

Hon. Janis L. Sammartino
United States District Judge





THE LAW OFFICES OF ANDRE L. VERDUN