Andre Verdun (SBN 265436)
**LAW OFFICE OF ANDRE L. VERDUN**
1777 N Ventura Ave
Ventura, CA 93001
Tel.6198800110
Fax.8668040051
service@verdunlaw.com

Attorney for Plaintiff,
Tran Thuy Le

THE LAW OFFICES OF: ANDRE L. VERDUN

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TRAN THUY LE, an individual,**<br><br>Plaintiff,<br>vs.<br><br>**THE TURNKEY FOUNDATION INC. doing business as ARBOR FINANCIAL GROUP; KIND LENDING LLC; and DOES 1 through 50, inclusive,**<br><br>Defendants. | Case No.: 3:26-cv-01570-JLS-VET<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: September 24, 2026<br>Time: 1:30 p.m.<br>Courtroom: 4D<br><br>Judge: Hon. Janis L. Sammartino |

I, Andre L. Verdun, hereby certify that on August 27, 2026, I electronically filed the following documents with the Clerk of the Court using the CM/ECF

THE LAW OFFICES OF: ANDRE L. VERDUN

system, which will send notification of such filing to the following counsel of record, all of whom are registered CM/ECF users:

1. Plaintiff's Notice of Motion and Motion for Leave to File Second Amended Complaint;

2. Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave to File Second Amended Complaint;

3. Declaration of Andre L. Verdun in Support of Plaintiff's Motion for Leave to File Second Amended Complaint, with Exhibit A;

4. [Proposed] Order Granting Plaintiff's Motion for Leave to File Second Amended Complaint; and

5. Second Amended Complaint.

**Glen D. Duvel, Esq.**, Duvel Law, APC, 500 N. State College Blvd., Suite 1100, Orange, California 92868, Glen@duvel-law.com, Attorneys for Defendant The Turnkey Foundation Inc.

**Mary Kate Sullivan, Esq.**, **Christopher M. Lapidus, Esq.**, and **Loren W. Coe, Esq.**, Stinson LLP, 595 Market Street, Suite 2600, San Francisco, California 94105, and 19100 Von Karman Avenue, Suite 700, Irvine, California 92612, marykate.sullivan@stinson.com, christopher.lapidus@stinson.com, loren.coe@stinson.com, Attorneys for Defendant Kind Lending LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2026, at Ventura, California.

/s/ Andre L. Verdun
Andre L. Verdun